# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Stair, Richard S. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, E.D. Tennessee | 3. Date of Report<br><br>10/23/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge - Retired | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>09/30/2014 |

| 7. Chambers or Office Address<br><br>800 Market Street, Suite 330<br>Howard H. Baker, Jr. U.S. Courthouse<br>Knoxville, TN 37902 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stair, Richard S. | 10/23/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stair, Richard S.** | 10/23/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stair, Richard S. | 10/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA ACCOUNT - Hilliard Lyons | | | | | | | | | |
| 2. Hilliard Lyons Govnm't Funds - Money Market | A | Dividend | J | T | Redeemed (part) | 09/22/14 | K | | |
| 3. Texas Inst. | A | Dividend | | | Sold | 07/08/14 | J | C | |
| 4. Income Fund of America - Class A (American Funds) | A | Dividend | J | T | | | | | |
| 5. Income Fund of America - Class B (American Funds) | A | Dividend | J | T | | | | | |
| 6. Templeton Growth Fund-Class A- *NOTE 1 | A | Dividend | J | T | | | | | |
| 7. Time Warner Cable, Inc. Note (Bond) | A | Interest | | | Sold | 02/14/14 | J | A | |
| 8. PPL Energy Supply, LLC Sr. Note CPN 4.60% Due 12/15/21 | A | Interest | J | T | Buy | 02/19/14 | J | | |
| 9. HSBC Bank USA McLean VA CPN 3.50% Due 9/20/27 | A | Interest | J | T | Buy | 09/22/14 | K | | |
| 10. PERSONAL ASSETS | | | | | | | | | |
| 11. First Tennessee Bank | A | Interest | J | T | | | | | |
| 12. USAA Federal Savings Bank - Savings Account | A | Interest | J | T | | | | | |
| 13. USAA Money Market Funds | A | Dividend | J | T | | | | | |
| 14. USAA Tax Exempt Money Market Fund | A | Dividend | J | T | | | | | |
| 15. USAA Performance First Savings Account | A | Interest | L | T | | | | | |
| 16. USAA CD | A | Interest | M | T | | | | | |
| 17. USAA Subscribers Account | | None | J | T | Distributed (part) | 02/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stair, Richard S. | 10/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MANAGED PORTFOLIO ACCOUNT | | | | | | | | | |
| 19. American Beacon Equity Int'l (Mutual Fund) | | None | J | T | Buy | 01/02/14 | J | | |
| 20. Heartland Value Plus, Int'l (Mutual Fund) | | None | J | T | Buy | 01/02/14 | J | | |
| 21. Hotchkis & Wiley FDIS | | None | J | T | | | | | |
| 22. ING Int. Bond Fund (Mutual Fund) (Voya Int. Bond Class W - *NOTE 2 | A | Dividend | J | T | Sold (part) | 01/02/14 | J | | |
| 23. PIMCO Total Return Institutional (Mutual Fund) | A | Dividend | J | T | Sold (part) | 01/02/14 | J | | |
| 24. USAA High Income Fund Institutional (Mutual Fund) | A | Dividend | J | T | Sold (part) | 01/02/14 | J | | |
| 25. USAA Income Fund Institutional (Money Market) | A | Dividend | J | T | Sold (part) | 01/02/14 | J | | |
| 26. USAA Managed Allocation (Mutual Fund) | | None | J | T | Buy | 01/02/14 | J | | |
| 27. USAA Precious Metals and Minerals (Mutual Fund) | | None | J | T | | | | | |
| 28. USAA Real Return Institutional (Mutual Fund) | A | Dividend | J | T | | | | | |
| 29. USAA Short Term Bond Fund (Mutual Fund) | A | Dividend | J | T | Sold (part) | 01/02/14 | J | | |
| 30. Delaware Value Institutional (Mutual Fund) | A | Dividend | J | T | Buy | 01/02/14 | J | | |
| 31. First Eagle Overseas 1 (Mutual Fund) | | None | J | T | | | | | |
| 32. Harding Loevner International Equity (Mutual Fund) | | None | J | T | Buy | 01/02/14 | J | | |
| 33. Lazard Emerging Markets Equity (Mutual Fund) | A | Dividend | J | T | Buy | 01/02/14 | J | | |
| 34. Lazard International Strategic Equity (Mutual Fund) | | None | J | T | Buy | 01/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. LKCM Small-Mid Cap Equity Institutional (Mutual Fund) | | None | J | T | Buy | 01/02/14 | J | | |
| 36. MSF Growth Fund (Mutual Fund) | A | Dividend | J | T | Buy | 01/02/14 | J | | |
| 37. Schroder Emerging Markets Equity (Mutual Fund) | | None | J | T | | | | | |
| 38. TCW Emerging Markets CL 1 | A | Dividend | J | T | Buy | 03/20/14 | J | | |
| 39. LIFE INSURANCE | | | | | | | | | |
| 40. Mass Mutual - Policy 1 (Adjustable Life Policy) | | None | K | T | | | | | |
| 41. Mass Mutual - Policy 2 (Adjustable Life Policy) | | None | J | T | | | | | |
| 42. Mass Mutual - Policy 3 (Whole Life) | | None | J | T | | | | | |
| 43. USAA - Extended Guaranty Annuity (2 yr.) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stair, Richard S. | 10/23/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1:  This item was erroneously reported on my 2013 Financial Disclosure Report at Line Item No. 6, and perhaps on other prior reports, as a "Class B" mutual fund.  It is, in fact, a "Class A" fund.

NOTE 2:  On May 5, 2014, ING Intermediate Bond Fund  changed its name to Voya Intermediate Bond Class W.

| Name of Person Reporting | Date of Report |
|---|---|
| Stair, Richard S. | 10/23/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard S. Stair**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544